MWG:RAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DANIEL KRETSINGER

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND AFFIDAVIT IN SUPPORT OF ARREST WARRANT

(18 U.S.C. § 875(c))

26-MJ-158

**To Be Filed Under Seal**

EASTERN DISTRICT OF NEW YORK, SS:

Kenneth Keh, being duly sworn, deposes and states that he is a Deputy Marshal with the United States Marshals Service, duly appointed according to law and acting as such.

On or about June 30, 2026, within the Eastern District of New York and elsewhere, the defendant DANIEL KRETSINGER did knowingly and willfully transmit in interstate or foreign commerce one or more communications containing one or more threats to injure the person of another, to wit: communications posted to X.com threatening to kill Jane Doe.

(Title 18, United States Code, Section 875(c))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Deputy Marshal with the United States Marshals Service ("USMS") and have been since April 2023, and I am currently assigned to the Judicial Security

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Unit ("JSU") in the District of Columbia District Court. As a Deputy U.S. Marshal assigned to the JSU, I have investigated threats of violence that were made against USMS protected persons, which include members of the federal judiciary, Assistant United States Attorneys, U.S. Attorneys, and persons designated by the Attorney General of the United States. As part of these investigations, I have used law enforcement databases, publicly available information, and legal process to obtain information. Additionally, I have received training in behavioral analysis, preservation of electronic evidence, preservation of physical evidence, analysis of digital evidence, physical surveillance, search and seizure, and arrest procedures. During my employment as a Deputy Marshal, I have made arrests for a wide variety of offenses including violent crimes, narcotics trafficking, and sexual offenses. I have also investigated both felony and misdemeanor crimes as part of my duties.

2. The defendant DANIEL KRETSINGER is the subscriber to the X account with the handle "@alrokersmith" and display name "Daniel Wayne Kretsinger" (the "X Account"). According to records received from X, the X account was created with the e-mail address "alphatrionprofessorx@gmail.com". According to records received from Google, the email address "alphatrionprofessorx@gmail.com" is subscribed in the name of "Daniel Kretsinger." Further, as described below, the defendant has also acknowledged to law enforcement agents that the X Account is his.

3. Beginning at least as early as June 2026, law enforcement agents became aware of posts made by the X Account containing threats against Jane Doe, an employee of the United States Attorney's Office for the District of Columbia.

4. For example, on or about June 30, 2026, at approximately 9:02 P.M., the defendant DANIEL KRETSINGER posted a video of himself to the X Account, which was

posted in reply to an X post by Jane Doe. A screenshot from that post is depicted below. In the video, the defendant stated, in relevant part: "Because you're such a lying despicable piece of shit [Jane Doe] I'm specifically targeting you when I come to Washington D.C. and put a bullet directly between your eyes cunt and if Trump keeps up his bullshit I may kill the president too. Fuck you. Eat my fucking shit."




5. On or about June 30, 2026, at approximately 9:14 P.M., the defendant DANIEL KRETSINGER posted another video of himself to the X Account, which was also posted in reply to an X post by Jane Doe. A screenshot from that post is depicted below. In the video, the defendant stated, in relevant part: "I'm gonna come to DC very fuckin soon sweetheart and I'm gonna put a bullet in your fuckin head. I love you, you evil lying dirt bag thieving fucking bitch!"




6. On or about July 9, 2026, law enforcement agents located and interviewed the defendant DANIEL KRETSINGER in Hauppauge, New York. During the interview, the defendant acknowledged, in sum and substance and in part, that the X Account was his, and that he had previously traveled to Washington, D.C., Florida, and Long Island in efforts to find Jane Doe.

7. Based on the foregoing facts, I submit that there is probable cause to believe that the defendant DANIEL KRETSINGER committed a violation of 18 U.S.C. § 875(c).

8. It is further requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and arrest warrants via the Internet. Premature disclosure of the

contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving the target notice of the existence and scope of the investigation, an opportunity to flee from prosecution, destroy or tamper with evidence, and/or change patterns of behavior.

WHEREFORE, your deponent respectfully requests that an arrest warrant issue so the defendant DANIEL KRETSINGER may be dealt with according to law.

/s/ Kenneth Keh
Kenneth Keh
Deputy Marshal, United States Marshals Service

Sworn to before me this
7th day of August, 2026 by telephone

[redacted]
THE [redacted] GY KUO
UNITED STATES AGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK